**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PABLO DAVID REYES PONCE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:26-cv-00732 |
| | ) | |
| v. | ) | Magistrate Judge Kezia O. L. Taylor |
| | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| UNITED STATES, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS ORDERED**, this 28th day of April, 2026, that the United States Marshal is directed to mail a copy of the Complaint (ECF. No. 3), summons, and this order to defendants, the **ATTORNEY GENERAL OF THE UNITED STATES; U.S. DISTRICT COURT – WESTERN PENNSYLVANIA; DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MOSHANNON VALLEY PROCESSING CENTER; F.C.I. LEWISBURG; WARDEN L. ODDO; J. SAGE** and the **U.S. ATTORNEY FOR THE WESTERN DISTRICT OF PENNSYLVANIA**, as directed by plaintiff. The costs of service shall be advanced by the United States. The defendants are requested to waive service pursuant to Rule4(d).[1]

**THE PLAINTIFF IS ADVISED** that any submission to the Court must be legible. The plaintiff is further advised that no defendant is required to respond to the complaint until he has accepted a copy of the complaint from the Marshal and waived service or has been served. Therefore, a motion for default cannot properly be filed unless the defendant has failed to file an

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

answer, motion to dismiss, or a motion for additional time to respond, within sixty (60) days after the Marshal's notice has been mailed, if service is waived pursuant to the notice, or twenty-one (21) days after being served with a summons.

**THE PLAINTIFF IS ADVISED** that Fed.R.Civ.P. 11 requires that any filing signed by any party must comply with certain standards. Among these is that statements or allegations of fact must be true or have evidentiary support. This requirement applies to the complaint which the plaintiff has already submitted for filing, as well as, to any future filings and submissions by any party.

**IT IS FURTHER ORDERED** that, other than what is needed for service, no documents are to be sent directly to the Judge's chambers. All pleadings ***must*** be filed with the Clerk of Court. Any mail sent directly to the Judge, unless ordered by the Court, will not become part of the record and, instead, will be returned.

**IT IS FURTHER ORDERED** that plaintiff shall immediately advise the court of any change in address. Failure to do so may result in dismissal for failure to prosecute if the court and other parties are unable to serve pleadings, orders, and other documents upon plaintiff.

**IT IS FURTHER ORDERED** that the defendant(s) file a timely response to the complaint.

**AND IT IS FURTHER ORDERED** that the parties are allowed fourteen (14) days from this date to appeal this order to a district judge pursuant to Local Rule 72.C.2. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

s/Kezia O. L. Taylor
Kezia O. L. Taylor
United States Magistrate Judge

cc:     United States Marshal

        Pablo David Reyes Ponce
        244086926
        Moshannon Valley Processing Center
        555 Geo Drive
        Philipsburg, PA 16866